KM

**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Odell Hopson,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>　　　　　Respondents. | No.  CV 13-1396-PHX-DGC (JFM)<br><br><br>**AMENDED ORDER** |

On April 22, 2014, the Court issued an Order requiring service of the Amended Petition. The screening portion of the Order dismissed Ground One of the Amended Petition and required Respondents to answer Ground Two. However, dismissal of Ground One was inadvertently omitted from the final portion of the Order.

**IT IS THEREFORE ORDERED** that the April 22, 2014 Order is **Amended** as follows: Ground One of the Amended Petition is **dismissed without prejudice**. Defendants **must answer** Ground Two of the Amended Petition.

Dated this 7th day of May, 2014.

_____
David G. Campbell
United States District Judge